**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                           4:04-CR-00262-01-BRW

BRYAN TURNER LAWSON

**ORDER**

Pending is Defendant's Motion for Early Termination of Supervised Release (Doc. No. 33). The Prosecution has responded.[1]

Defendant contends that the original six-year term of supervised release was contrary to law. As far as I can determine, I do not have any authority to change my order (time has run out, and I have lost jurisdiction, according to my research).[2]

Accordingly, the Defendant's Motion for Early Termination of Supervised Release (Doc. No. 33) is DENIED. Defendant may re-file his motion after serving three years of supervised release.

IT IS SO ORDERED this 12th day of December, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 37.

[2] *See e.g.,* FED. R. CRIM. P. 35.